UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD CHANCIA,

                Plaintiff,

v.

TIME WARNER CABLE,

                Defendant.

**STIPULATION OF DISMISSAL**

Civil Action No. 08-CV-01068
(DNH/DEP)

---

      **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued as between all parties, and all claims herein are dismissed with prejudice, without interest, costs, attorneys' fees, expenses or disbursements to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: October 13, 2009

JOSEPH & HERZFELD LLP

By: _____
    Charles Joseph, Esq.
757 Third Avenue
New York, New York 10017
Telephone: (212) 688-5640

Attorneys for Plaintiff

SATTER & ANDREWS LAW FIRM
Ross P. Andrews, Esq.
217 South Salina Street, 6th Floor
Syracuse, New York 13202

Of Counsel

Dated: December 4, 2009

BOND, SCHOENECK & KING, PLLC

By: _____
    Jonathan B. Fellows, Esq.
    Suzanne O. Galbato, Esq.
One Lincoln Center
Syracuse, New York 13202
Telephone: (315) 218-8000

Attorneys for Defendant

1611836.1

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge
Dated: December 7, 2009
       Syracuse, NY

1611836.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

RICHARD CHANCIA,

           Plaintiff,

v.

TIME WARNER CABLE,

           Defendant.

**CERTIFICATE OF SERVICE**

Civil Action No. 08-CV-01068
(DNH/DEP)

---

I hereby certify that on December 4, 2009, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

    Charles Joseph, Esq.
    Joseph & Herzfeld LLP
    757 Third Avenue
    New York, New York  10017

    Ross P. Andrews, Esq.
    Satter & Andrews Law Firm
    217 South Salina Street, 6th Floor
    Syracuse, New York 13202

                                    *s/Suzanne O. Galbato*
                                    Suzanne O. Galbato

1642920.1